UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

OMAR J. ODETTE,

    Plaintiff,

                Case Number 09-11484-BC
v.                Honorable Thomas L. Ludington

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____ /

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION, DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, AND DISMISSING PLAINTIFF'S COMPLAINT WITH PREJUDICE

  Magistrate Judge Mona K. Majzoub issued a report and recommendation [Dkt. # 13] on May 3, 2010, recommending that Plaintiff Omar J. Odette's motion for summary judgment [Dkt. # 9] be denied and that Defendant Commissioner of Social Security's motion for summary judgment [Dkt. # 12] be granted. The Magistrate Judge further recommended that Plaintiff's complaint be dismissed. Either party may serve and file written objections "[w]ithin fourteen days after being served with a copy" of the report and recommendations. 28 U.S.C. § 636(b)(1). The district court will make a "de novo determination of those portions of the report . . . to which objection is made." *Id.* Where, as here, neither party objects to the report, the district court is not obligated to independently review the record. *Thomas v. Arn*, 474 U.S. 140, 149–52 (1985).

  Accordingly, it is **ORDERED** that the magistrate judge's report and recommendation [Dkt. # 13] is **ADOPTED**.

  It is further **ORDERED** that Plaintiff's motion for summary judgment [Dkt. # 9] is **DENIED**.

It is further **ORDERED** that Defendant's motion for summary judgment [Dkt. # 12] is **GRANTED**.

It is further **ORDERED** that Plaintiff's complaint is **DISMISSED WITH PREJUDICE**.

s/Thomas L. Ludington<br>
THOMAS L. LUDINGTON<br>
United States District Judge

Dated: May 24, 2010

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on May 24, 2010.

s/Tracy A. Jacobs<br>
TRACY A. JACOBS